In the Matter of JOSEPH GUERIN, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [816 NYS2d 390]—Appeal from a judgment of the Supreme Court (Connor, J.), entered March 10, 2005 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Central Office Review Committee denying his grievance.

Petitioner commenced this CPLR article 78 proceeding seeking to challenge the denial of a grievance regarding his 2003·cell and program reassignments. Inasmuch as the Attorney General has advised this Court of petitioner's death, the matter must be dismissed as moot (*see Matter of Washington v Hoke*, 168 AD2d 701 [1990]; *Matter of Dean v Tofany*, 48 AD2d 964 [1975]).

Mercure, J.P., Spain, Carpinello, Rose and Lahtinen, JJ., concur. Ordered that the petition is dismissed, as moot, without costs.